UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT SLOAT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-371-CLC-HBG |
| | ) | |
| HEWLETT PACKARD ENTERPRISE COMPANY, | ) ) | |
| | ) | |
|     Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Joint Motion to Continue Pre-Trial Deadlines [Doc. 59]. The Motion states that on April 14, 2020, the Court rescheduled the trial of this case from July 13, 2020, until October 13, 2020, and reset the final pretrial conference for October 1, 2020, at 4:00 p.m. The parties state that the Court declined at that time to reset the pretrial deadlines. The parties submit that in light of the ongoing COVID-19 pandemic, their counsel continue to work from home and are separated from their offices and support staff. Counsel explains that working remotely has presented unique challenges, including the inability to collaborate with office staff. The parties state that they would both benefit for more time to prepare for pre-trial submissions, including submissions that require the parties' collaboration, such as joint jury instructions and the joint trial exhibit list. The parties request that the Court continue the pretrial deadlines for sixty (60) days to correspond with the new trial date.

Accordingly, in light of the COVID-19 pandemic, the Court finds the parties' Joint Motion to Continue Pre-Trial Deadlines [**Doc. 59**] well taken, and it is **GRANTED**. The Court further **ORDERS** as follows:

1. *Pretrial Disclosures*: On or before **August 25, 2020,** the parties shall make the pretrial disclosures specified in Rule 26(a)(3)(A)(ii) and (iii) (deposition testimony and exhibit list). All deposition testimony to be offered into evidence must be disclosed to all other parties on or before this date.

2. Any motions in limine must be filed no later than **August 11, 2020**.

3. *Special Requests to Instruct for Jury Trial*: Pursuant to Local Rule 51.1, requests for jury instructions shall be submitted to the Court no later than **August 18, 2020,** and shall be supported by citations of authority pursuant to Local Rule 7.4. A copy of the prepared jury instructions shall be filed with the Court and sent as a Microsoft Word document or in a compatible format to **collier_chambers@tned.uscourts.gov**. The parties shall confer and submit joint proposed jury instructions to the extent possible. Before submitting proposed instructions to the Court, the parties must attempt to resolve any disagreements. All proposed jury instructions must follow the form of the Sixth Circuit Criminal Pattern Jury Instructions.

**IT IS SO ORDERED.**

ENTER:

/s/ Bruce Guyton
United States Magistrate Judge