# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Robert Sloat ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:18-cv-00371-CLC-JEM |
| Hewlett Packard Enterprise Company ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* Hewlett Packard Enterprise Company recover costs from the plaintiff *(name)* Robert Sloat.

☐ **other:** _____.

This action was *(check one)*:

☑ **tried by a jury with Judge** Curtis L. Collier presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____.

Date: 8/15/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*